# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 5:25-MJ-83 (ML) |
|  | ) |
|  | ) |
| Marcell Meyer | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Marcell Meyer ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography in Violation of Title 18, U.S.C. Sections 2252A(a)(2)(A).

Date:   March 27, 2025

*Miroslav Lovric*
*Issuing officer's signature*

City and state:   Binghamton, New York

Hon. Miroslav Lovric, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3-27-2025 , and the person was arrested on *(date)* 3-27-2025
at *(city and state)* Watertown, NY .

Date: 4-3-2025

*Arresting officer's signature*

Cory Shepard   TFO
*Printed name and title*